Case 1:07-cr-00830    Document 2    Filed 01/02/2008    Page 1 of 11

MIED (Rev. 7/18/05) Notice of Transfer Pursuant to Fed. R. Crim. P. 5(3)(E)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**
JAN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv 830

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | Case No. 07-mj-30579 | |
| v. | | |
| Ronald Collins, | Magistrate Judge Steven D. Pepe | |
| Defendant(s). | | |

## NOTICE OF TRANSFER PURSUANT TO RULE 5(3)(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO: United States District Court - Northern District of Illinois

Enclosed please find certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim. P. 5(3)(E) and the docket sheet. The case record is a combined paper and electronic file. You may access the electronic record at https://ecf.mied.uscourts.gov using your PACER login.

Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

Clerk's Office
United States District Court
231 W. Lafayette
Detroit, MI 48226

### CERTIFICATION

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

Date: December 20, 2007

By s/Nicole Hollier
Deputy Clerk

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-30579-JU All Defendants
### Internal Use Only

Case title: USA v. Collins  
Other court case number: 07-CR830 USDC-Northern District of Illinois

Date Filed: 12/13/2007  
Date Terminated: 12/13/2007

---

Assigned to: Honorable Unassigned

**Defendant**

**Ronald Collins (1)**  
*TERMINATED: 12/13/2007*

represented by **Henry M. Scharg**  
302 W. Main Street  
Northville, MI 48167  
248-596-1111  
Email: hmsattyatlaw@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

RULE 40 USDC-NORTHERN DISTRICT OF ILLINOIS

**Disposition**

[COMMITMENT OF DEFENDANT ORDERED TO APPEAR AND ANSWER TO CHARGES PENDING IN NORTHERN DISTRICT OF ILLINOIS]

---

**Plaintiff**

USA      represented by **Michael C. Leibson**
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3211
313-226-9100
Email: michael.leibson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | PETITION for removal hearing as to Ronald Collins (1). (AGre) (Entered: 12/13/2007) |
| 12/13/2007 | | Minute Entry for proceedings held before Honorable Steven D Pepe : Initial Appearance as to Ronald Collins. Disposition: Defendant consents to detention (Tape #: SDP 12/13/07) (Defendant Attorney: Henry Scharg) (AUSA: Michael Leibson) (AGre) (Entered: 12/13/2007) |
| 12/13/2007 | | Minute Entry for proceedings held before Honorable Steven D Pepe : Removal Hearing not held on 12/13/2007 Disposition: removal hearing waived (Tape #: SDP 12/13/07) (Defendant Attorney: Henry Scharg) (AUSA: Michael Leibson) (AGre) (Entered: 12/13/2007) |
| 12/13/2007 | 2 | WAIVER of Rule 5 Hearings by Ronald Collins (NHol) (Entered: 12/17/2007) |
| 12/13/2007 | 3 | ATTORNEY APPEARANCE: Henry M. Scharg appearing for Ronald Collins. (NHol) (Entered: 12/17/2007) |
| 12/13/2007 | 4 | CONSENT ORDER OF DETENTION PENDING TRIAL as to Ronald Collins Signed by Honorable Steven D Pepe. (NHol) (Entered: 12/17/2007) |
| 12/13/2007 | 5 | COMMITMENT TO ANOTHER DISTRICT Defendant committed to District of USDC - Northern District of Illinois. Signed by Honorable Steven D Pepe. (NHol) (Entered: 12/17/2007) |
| 12/20/2007 | 6 | NOTICE transferring case to *NORTHERN DICTRICT OF ILLINOIS* as to Ronald Collins. (NHol) (Entered: 12/20/2007) |

F I L E D
DEC 12 2007
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 07-30579
Originating No. 07CR830

RONALD COLLINS,

F I L E D
DEC 13 2007
CLERK'S OFFICE
DETROIT

    Defendant.

_____/

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

*Not to be removed from the E.D. Mich. until the local charges are resolved.*

This matter coming before the Court on the Government's Petition for Removal, the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **Ronald Collins** be held to answer to the charges pending against him in the **United States District Court for the Northern District of Illinois** in the case of United States v Ronald Collins, Docket No. 07CR830.

*Steven [signature] 12/13/07*

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified

copy of this order and commitment, to the **United States District Court for the Northern District of Illinois,** and deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

_____
United States Magistrate Judge

Entered: 12/13/07

## RETURN

This commitment was received and executed as follows:

_____
Date Commitment Order Received    Place of Commitment    Date Defendant Committed


_____
Date                              United States Marshal   (By) Deputy U.S. Marshal

# UNITED STATES DISTRICT COURT

**EASTERN** District of **MICHIGAN**

UNITED STATES OF AMERICA

v.

Ronald Collins
_Defendant_

**CONSENT**

**ORDER OF DETENTION PENDING TRIAL**

**CRIMINAL NUMBER:** 07-30579

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

Part I—Findings of Fact

The defendant in open court, and with the advice of counsel, consented to detention reserving the right to have a detention hearing at a later time.

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

### Part II—Written Statement of Reasons for Detention

Based upon the consent of the defendant, detention is ordered. The defendant may request a detention hearing at a later date.

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

12/13/07
_Date_

_[signature]_
STEVEN D. PEPE, **UNITED STATES MAGISTRATE JUDGE**
_Name and Title of Judicial Officer_

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   CRIMINAL NO. 07-30579

vs.

Ronald Collins
    Defendant.

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

## APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____

in the above-entitled case.

Henry M. Schars
Name (please print)

[signature]
Signature

302 W. Main
Address

Northville MI 48167
City  State  Zip Code

(248) 596-1111
Telephone No.

P 28604
P Number

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

PLEASE CHECK THE APPROPRIATE BOX   ☐ Retained   ☐ CJA Appointment

DATED: Dec 13, 2007

(Rev. 11/98)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff

v.

**RONALD COLLINS,**

    Defendant.

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
(Excluding Probation Violation Cases)

Case No. 07-30579
Originating No. 07CR830

FILED
DEC 13 2007
CLERK'S OFFICE
DETROIT

I understated that in the **Northern District of Illinois,** charges are pending alleging violation of **Conspiracy to Distribute Cocaine**, and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district of the district of prosecution.

-1-

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓)   identity hearing

(✓)   preliminary examination

( )   identity hearing and have been informed I have no right to a preliminary hearing

( )   identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_Ronald Collins_                                _Henry M. Scharc_
Defendant                                        Counsel for Defendant

Date:                                            Date: 12/13/07

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
DEC 1 3 2007
CLERK'S OFFICE
DETROIT

| UNITED STATE OF AMERICA, | CRIMINAL NO. 07-30579 |
|---|---|
| Plaintiff, | Original District No. 07CR830 |

v.

**RONALD COLLINS,**

Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **RONALD COLLINS** to answer to charges pending in another federal district, and states:

1. On **December 11, 2007**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of Illinois based on a Complaint**. Defendant is charged in that district with **Conspiracy to Possess with Intent to Distribute Cocaine.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government request this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

MICHAEL LEIBSON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: December 13, 2007